IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK OLAGUIBEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LHOIST NORTH AMERICA OF ARIZONA, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-07655-MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS** |

　　　　Pursuant to Civil Local Rule 72-1, defendant's Motion to Compel and defendant's Motion for Sanctions, each filed September 13, 2019, are hereby REFERRED to a Magistrate Judge for determination or a report and recommendation, as appropriate.

　　　　After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties as to the manner in which that Judge intends to proceed.

　　　　The above-referenced two motions are to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

After a Magistrate Judge has been assigned, any further referred discovery matters shall be filed pursuant to that Judge's procedures.

The October 18, 2019, hearing before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2019

MAXINE M. CHESNEY
United States District Judge