Scott P. Jang (State Bar No. 260191)
Hardev S. Chhokar (State Bar No. 311802)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Scott.Jang@jacksonlewis.com
E-mail: Hardev.Chhokar@jacksonlewis.com

Attorneys for Defendant
LHOIST NORTH AMERICA OF ARIZONA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK OLAGUIBEL,<br><br>  Plaintiff,<br><br>  v.<br><br>LHOIST NORTH AMERICA, a Corporation doing business in the State of California and Does 1-50, Inclusive,<br><br>  Defendants. | Case No. 3:18-cv-07655 MMC JCS<br><br>**NOTICE OF SETTLEMENT**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS**<br><br>Complaint Filed: November 21, 2018<br>Trial Date: June 15, 2020 |

Plaintiff Rick Olaguibel ("Plaintiff") and Defendant Lhoist North America of Arizona, Inc. (erroneously sued as Lhoist North America) ("Defendant") have reached a settlement and are working on finalizing a written settlement agreement. Accordingly, the Parties hereby stipulate and request the Court grant the following:

1. The Parties shall work to finalize a written settlement agreement. The Parties will file a status report with the Court within 60 days if the case has not been dismissed pursuant to the terms of the Parties' settlement agreement.

2. Defendant's motion to compel (ECF No. 42) and motion for sanctions (ECF No. 43), which are currently set for hearing on October 25, 2019, are held in abeyance. In the event the Parties inform the Court that a final settlement agreement could not be reached, the Court will set a new opposition deadline and reschedule the hearing on Defendant's motions. Defendant's right to pursue the matters encompassed by the motions will not be affected or prejudiced by the current October 22, 2019, discovery deadline.

3. In the event the Parties inform the Court that a final settlement agreement could not be reached, the fact discovery deadline for Defendant shall be extended to a reasonable date set by the Court.

**IT IS SO STIPULATED.**

Dated: October 4, 2019        JACKSON LEWIS P.C.


                              By:    /s/ Scott P. Jang[1]
                                    Scott P. Jang
                                    Attorneys for Defendants
                                    LHOIST NORTH AMERICA OF
                                    ARIZONA, INC.


Dated: October 4, 2019        RICK OLAGUIBEL


                              By:    /s/ Rick Olaguibel
                                    Proceeding *Pro Se*

---

[1] Pursuant to Local Rule 5-1(i), the ECF-filing party attests that concurrence in the filing of this document has been obtained from each of the signatories.

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court orders as follows:

1. The Parties shall work to finalize a written settlement agreement. The Parties shall file a status report with the Court within 60 days of the date of this order if the case has not been dismissed pursuant to the terms of the Parties' settlement agreement.

2. Defendant's motion to compel (ECF No. 42) and motion for sanctions (ECF No. 43), which are currently set for hearing on October 25, 2019, are ~~held in abeyance.~~ deemed withdrawn without prejudice. In the event the Parties inform the Court that a final settlement agreement could not be reached, the ~~Court will set a new opposition deadline and reschedule the~~ motions may be renoticed for hearing. ~~on Defendant's motions.~~ Defendant's right to pursue the matters encompassed by the motions will not be affected or prejudiced by the current October 22, 2019, discovery deadline.

3. In the event the Parties inform the Court that a final settlement agreement could not be reached, the fact discovery deadline for Defendant shall be extended to a reasonable date set by the Court.

**IT IS SO ORDERED.**

Date: October 10, 2019

_____
Senior U.S. District Court Judge Maxine M. Chesney

4841-8219-8697, v. 1